UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MARY JO MCCABE,**

   Plaintiff,

v.                                                No. 4:22-cv-0334-P

**U.S. GOVERNMENT ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 22. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

As of the date of this Order, Plaintiff Mary Jo McCabe failed to comply with the Court's April 27, 2022 Order to file an Amended Complaint that met the requirements set forth in that Order. Thus, in accordance with the Court's warning that such a failure would result in dismissal, the Court **ORDERS** that this case is **DISMISSED without prejudice.**

**SO ORDERED** on this **22nd day** of **June, 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE